**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roger Ray PRICE, Defendant–**
**Appellant.**

No. 11–13094

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 5, 2012.

Edwin F. Knight, Lennard B. Register, III, Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Federal Public Defender's Office, Tallahassee, FL, Randall Lockhart, Federal Public Defender Office, Pensacola, FL, Rosemary T. Cakmis, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before EDMONDSON, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Roger Ray Price in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that coun-

sel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Price's conviction and sentence are **AFFIRMED.**